IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MICHAEL MCGRATH,

       Plaintiff,

vs.                                                                   No. CIV 14-0504 JB/SCY

CITY OF ALBUQUERQUE;
CITY PERSONNEL BOARD;
RICHARD BERRY, Mayor;
ROBERT PERRY, Chief
Administrative Officer;
BRUCE RIZZIERI, Transit Dept. Director; and
PAULA FORNEY, Attorney,

       Defendants.

## ORDER[1]

**THIS MATTER** comes before the Court on Defendant Paula I. Forney's Motion to Dismiss, filed June 4, 2014 (Doc. 14)("Motion"). The Court held a hearing on March 17, 2015. The Court will grant the Motion.

**IT IS ORDERED** that Defendant Paula I. Forney's Motion to Dismiss, filed June 4, 2014 (Doc. 14), is granted.

                                                                                    _____
                                                                                     UNITED STATES DISTRICT JUDGE

---

[1] This Order disposes of Defendant Paula I. Forney's Motion to Dismiss, filed June 4, 2014 (Doc. 14). The Court will, however, at a later date issue a memorandum opinion more fully detailing its rationale for this decision.

*Counsel:*

Paul Livingston
Placitas, New Mexico

>  *Attorney for the Plaintiff*

Rebecca E. Wardlaw
   Managing Assistant City Attorney
Marie Legrand Miller
Melissa Marie Kountz
Samantha M. Hults
   Assistant City Attorneys
Albuquerque, New Mexico

--and--

Stephen G. French
Paula I. Forney
Erika E. Anderson
French & Associates, P.C.
Albuquerque, New Mexico

>  *Attorneys for Defendants City of Albuquerque, Richard Berry, Robert J. Perry, and Bruce Rizzieri*

Debra J. Moulton
Deborah D. Wells
Kennedy, Moulton & Wells, P.C.
Albuquerque, New Mexico

>  *Attorneys for Defendant City Personnel Board*

Ada B. Priest
Una Campbell
Madison & Mroz, P.A.
Albuquerque, New Mexico

>  *Attorneys for Defendant Paula Forney*