IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MICHAEL MCGRATH,

    Plaintiff,

vs.                                    No. CIV 14-0504 JB/SCY

CITY OF ALBUQUERQUE;
CITY PERSONNEL BOARD;
RICHARD BERRY, Mayor;
ROBERT PERRY, Chief
Administrative Officer;
BRUCE RIZZIERI, Transit Dept. Director; and
PAULA FORNEY, Attorney,

    Defendants.

## **ORDER**[1]

**THIS MATTER** comes before the Court on the Opposed Motion to Dismiss, or in the alternative, Motion for Summary Judgment by the City of Albuquerque, Richard J. Berry, Robert Perry and Bruce Rizzieri, filed June 18, 2014 (Doc. 17)("Motion"). The Court held a hearing on March 17, 2015. The Court will grant the Motion.

**IT IS ORDERED** that the Opposed Motion to Dismiss, or in the alternative, Motion for Summary Judgment by the City of Albuquerque, Richard J. Berry, Robert Perry and Bruce Rizzieri, filed June 18, 2014 (Doc. 17), is granted.

                                                     _____
                                                       UNITED STATES DISTRICT JUDGE

---

[1] This Order disposes of the Opposed Motion to Dismiss, or in the alternative, Motion for Summary Judgment by the City of Albuquerque, Richard J. Berry, Robert Perry and Bruce Rizzieri, filed June 18, 2014 (Doc. 17). The Court will, however, at a later date issue a memorandum opinion more fully detailing its rationale for this decision.

*Counsel:*

Paul Livingston
Placitas, New Mexico

    *Attorney for the Plaintiff*

Rebecca E. Wardlaw
   Managing Assistant City Attorney
Marie Legrand Miller
Melissa Marie Kountz
Samantha M. Hults
   Assistant City Attorneys
Albuquerque, New Mexico

--and--

Stephen G. French
Paula I. Forney
Erika E. Anderson
French & Associates, P.C.
Albuquerque, New Mexico

    *Attorneys for Defendants City of Albuquerque, Richard Berry, Robert J. Perry, and Bruce Rizzieri*

Debra J. Moulton
Deborah D. Wells
Kennedy, Moulton & Wells, P.C.
Albuquerque, New Mexico

    *Attorneys for Defendant City Personnel Board*

Ada B. Priest
Una Campbell
Madison & Mroz, P.A.
Albuquerque, New Mexico

    *Attorneys for Defendant Paula Forney*