IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MICHAEL MCGRATH,

    Plaintiff,

vs.                                                                               No. CIV 14-0504 JB/SCY

CITY OF ALBUQUERQUE;
CITY PERSONNEL BOARD;
RICHARD BERRY, Mayor;
ROBERT PERRY, Chief
Administrative Officer;
BRUCE RIZZIERI, Transit Dept. Director; and
PAULA FORNEY, Attorney,

    Defendants.

## ORDER[1]

**THIS MATTER** comes before the Court on the Plaintiff's Motion to Remand, filed June 26, 2014 (Doc. 20)("Motion"). The Court held a hearing on March 17, 2015. The Court will deny the Motion.

**IT IS ORDERED** that the Plaintiff's Motion to Remand, filed June 26, 2014 (Doc. 20), is denied.

                                              _____
                                              UNITED STATES DISTRICT JUDGE

---

[1]This Order disposes of the Plaintiff's Motion to Remand, filed June 26, 2014 (Doc. 20). The Court will, however, at a later date issue a memorandum opinion more fully detailing its rationale for this decision.

- 2 -

*Counsel:*

Paul Livingston
Placitas, New Mexico

    *Attorney for the Plaintiff*

Rebecca E. Wardlaw
   Managing Assistant City Attorney
Marie Legrand Miller
Melissa Marie Kountz
Samantha M. Hults
   Assistant City Attorneys
Albuquerque, New Mexico

--and--

Stephen G. French
Paula I. Forney
Erika E. Anderson
French & Associates, P.C.
Albuquerque, New Mexico

    *Attorneys for Defendants City of Albuquerque, Richard Berry, Robert J. Perry, and Bruce Rizzieri*

Debra J. Moulton
Deborah D. Wells
Kennedy, Moulton & Wells, P.C.
Albuquerque, New Mexico

    *Attorneys for Defendant City Personnel Board*

Ada B. Priest
Una Campbell
Madison & Mroz, P.A.
Albuquerque, New Mexico

    *Attorneys for Defendant Paula Forney*