IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MICHAEL McGRATH,

      Plaintiff,

v.                                                 CIV 14-0504 JB/KBM

CITY OF ALBUQUERQUE, et al.,

      Defendants.

## ORDER

      Presiding District Judge Browning has referred this matter to me pursuant to 28 U.S.C. § 636(b)(1)(B), (b)(3) to conduct hearings, if warranted, including evidentiary hearings, and to perform any legal analysis required to recommend to the Court an ultimate disposition of this case. The Court notes that Plaintiff's counsel of record is no longer able to practice in this court, and he has been terminated from this case effective this date. Based upon that development, Plaintiff is hereby notified that the Court considers him to be proceeding pro se in this matter, and the Clerk is directed to send all future court filings to Mr. McGrath at his address of record as well as a copy of the Court's Guide for Pro Se Litigants. Mr. McGrath is cautioned that he must become familiar with the Federal Rules of Civil Procedure and this District's Local Rules and comply with those rules and any orders of this Court. Failure to do so could result in sanctions, including dismissal of this lawsuit.

No response has been filed to the Motion for Summary Judgment that has been filed by the City Personnel Board *(Doc. 38)*. Given his now pro se status, Mr. McGrath will be given until May 27, 2015 to file a response to that motion. Mr. McGrath is on notice that pursuant to our local rules, "The failure of a party to file and serve a response in opposition to a motion within the time prescribed for doing so constitutes consent to grant the motion." D.N.M.LR-Civ. 7.1(b).

**IT IS SO ORDERED.**

_____
UNITED STATES CHIEF MAGISTRATE JUDGE