IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MICHAEL MCGRATH,

    Plaintiff,

vs.                                                        No. CIV 14-0504 JB/SCY

CITY OF ALBUQUERQUE;
CITY PERSONNEL BOARD;
RICHARD BERRY, Mayor;
ROBERT PERRY, Chief Administrative
Officer; BRUCE RIZZIERI, Transit Dept.
Director; and PAULA FORNEY, Attorney,

    Defendants.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on: (i) the Memorandum Opinion and Amended Order, filed July 31, 2015 (Doc. 45)("MTD & MTR MOAO"); (ii) the Memorandum Opinion and Order Adopting the Magistrate Judge's Proposed Finding and Recommended Disposition, filed July 31, 2015 (Doc. 46)("MSJ 1 MOO"); and (iii) the Memorandum Opinion, filed July 31, 2015 (Doc. 47)("MSJ 2 MO"). In the MTD & MTR MOAO, the Court dismissed without prejudice all of Plaintiff Michael McGrath's claims against Defendant Paula Forney. See MTD & MTR MOAO at 55. In the MSJ 1 MOO, the Court dismissed with prejudice McGrath's claims against Defendant City Personnel Board. See MSJ 1 MOO at 10. In the MSJ 2 MO, the Court dismissed with prejudice McGrath's federal claims against Defendants City of Albuquerque, Richard Berry, Robert Perry, and Bruce Rizzieri (collectively, the "City Management Defendants"), and remanded McGrath's remaining state-law claims and case to the Second Judicial District Court, County of Bernalillo, State of New Mexico. See MSJ 2 MO at

- 2 -

104-05.  Because the MTD & MTR MOAO, the MSJ 1 MO, and the MSJ 2 MOO dispose of all issues and claims before the Court, the Court now enters final judgment in this matter.

**IT IS ORDERED** that: (i) Plaintiff Michael McGrath's claims against Defendant Paula Forney are dismissed without prejudice; (ii) McGrath's federal claims against Defendants City of Albuquerque, Richard Berry, Robert Perry, and Bruce Rizzieri (collectively, the "City Management Defendants"), are dismissed with prejudice; (iii) McGrath's remaining state-law claims, and case, are remanded to the Second Judicial District Court, County of Bernalillo, State of New Mexico; (iv) McGrath's claims against Defendant City Personnel Board are dismissed with prejudice; and (v) final judgment is entered.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Paul Livingston
Placitas, New Mexico

    *Attorney for the Plaintiff*

Michael McGrath
Albuquerque, New Mexico

    *Plaintiff pro se*

Rebecca E. Wardlaw
   Managing Assistant City Attorney
Marie Legrand Miller
Melissa Marie Kountz
Samantha M. Hults
   Assistant City Attorneys
Albuquerque, New Mexico

--and--

Stephen G. French
Paula I. Forney
Erika E. Anderson
French & Associates, P.C.
Albuquerque, New Mexico

>   *Attorneys for Defendants City of Albuquerque, Richard Berry, Robert J. Perry, and Bruce Rizzieri*

Debra J. Moulton
Deborah D. Wells
Kennedy, Moulton & Wells, P.C.
Albuquerque, New Mexico

>   *Attorneys for Defendant City Personnel Board*

Ada B. Priest
Una Campbell
Madison & Mroz, P.A.
Albuquerque, New Mexico

>   *Attorneys for Defendant Paula Forney*